IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MUMIA ABU-JAMAL, | : | |
| | : | |
| Plaintiff | : | Civil Action No. 16-cv-2000 |
| | : | |
| v. | : | Judge Robert D. Mariani |
| | : | |
| JOHN WETZEL, *et al.*, | : | |
| | : | **Filed Via Electronic Case File** |
| Defendants | : | **Jury Trial Demanded** |

## DEFENDANTS' MOTION TO DISMISS

The Department of Corrections Defendants John Wetzel; Paul Noel; the Assistant Medical Director for the BHCS; the BHCS Infection Control Coordinator; and Joseph Silva hereby move this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the claims in Plaintiff's Complaint against them for failure to state a claim for which relief can be granted and for such other grounds as set forth in the supporting brief that will be filed in accordance with the time period set by U.S. Dist. Ct. Rule M.D.Pa. L. R. 7.5.

**WHEREFORE**, Corrections Defendants respectfully request that the Court dismiss the Plaintiff's claims against them as set forth in the supporting brief with prejudice.

Respectfully submitted,

Office of General Counsel

By:  /s/ Maria G. Macus
Maria G. Macus
Assistant Counsel
Attorney I.D. No. PA90947
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA  17050
Phone No.:  (717) 728-7755
Fax No.:  (717) 728-0312
E-mail:  mmacus@pa.gov

Dated:  October 25, 2016

## CERTIFICATE OF NON-CONCURRENCE

The Undersigned Counsel contacted Plaintiff's counsel and Attorney Boyle has indicated that Plaintiff's Counsel does not concur in this request.

Respectfully submitted,

Office of General Counsel

By:  s/ Maria G. Macus
Maria G. Macus

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MUMIA ABU-JAMAL, | : | |
| | : | |
| Plaintiff | : | Civil Action No. 16-cv-2000 |
| | : | |
| v. | : | Judge Robert D. Mariani |
| | : | |
| JOHN WETZEL, *et al.*, | : | |
| | : | **Filed Via Electronic Case File** |
| Defendants | : | **Jury Trial Demanded** |

## CERTIFICATE OF SERVICE

I hereby certify that the within *Motion to Dismiss and Proposed Order* have been filed electronically and are available for viewing and downloading from the ECF system by Counsel for Plaintiff and therefore satisfies the service requirements under Fed.R.Civ.P. 5(b)(2)(E); L.R. 5.7.

By: /s/ Maria G. Macus
Maria G. Macus
Office of Chief Counsel
PA Department of Corrections

Dated: October 25, 2016