# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MUMIA ABU-JAMAL,

    Plaintiff,

v.                          3:16-CV-2000
                             (JUDGE MARIANI)

JOHN WETZEL, et al.,

    Defendants.

## ORDER

AND NOW, THIS 3rd DAY OF JANUARY, 2017, upon review of Plaintiff's Motion for Preliminary Injunction, (Doc. 7), **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion for Preliminary Injunction is **GRANTED**.

2. Defendants are **ENJOINED** from enforcing the Hepatitis C Protocol as it pertains to Plaintiff.

3. Defendants shall arrange for the Plaintiff to be seen by a Supervision Physician within 14 days of the date of this order who is experienced in the treatment of Hepatitis C utilizing the most current medications.

4. Defendants shall ensure that Plaintiff is prescribed and treated with DAA medications unless the Supervising Physician determines—in his or her professional and independent medical judgment—that there are medical contraindications to Plaintiff receiving DAA medication that render the administration of the medication not medically advisable.

5. Defendants shall provide Plaintiff with DAA medication no later than 7 days after the Supervising Physician's determination that there are no contraindications for the administration of DAA medications to Plaintiff.

_____
Robert D. Mariani
United States District Judge