IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF PENNSYLANIA

| | |
|---|---|
| MUMIA ABU-JAMAL | : Case No. 15-Civ. 00967 |
| Plaintiff, | : Judge Robert D. Mariani |
| v. | : |
| JOHN KERESTES, et al. | : ELECTRONICALLY FILED |
| Defendants. | : |

| | |
|---|---|
| MUMIA ABU-JAMAL | : Case No. 16-Civ. 2000 |
| Plaintiff, | : Judge Robert D. Mariani |
| v. | : |
| JOHN WETZEL, et al. | : ELECTRONICALLY FILED |
| | FILED SCRANTON |
| Defendants. | : |
| | MAY - 4 2017 |
| | PER K7C |
| | DEPUTY CLERK |

AND NOW, this 4th day of May, 2017, the Joint Motion to Consolidate Cases is hereby GRANTED. All proceedings and orders previously filed in case 16-Civ-2000 shall remain in effect but be consolidated into case 15-Civ.-967.  Going forward all filings shall be filed under Index Number 15-Civ. 967.

It is further ORDERED that in accordance with the discussion at the April 18, 2017 case management conference, the defendants' time to respond to the complaints in both cases shall be enlarged to 14 days after the entry of this Order.

BY THE COURT: